1  Douglas D. Gerrard, Esq.
   Nevada Bar No. 4613
2  dgerrard@gerrard-cox.com
   Gary C. Milne, Esq.
3  Nevada Bar No. 3653
   gmilne@gerrard-cox.com
4  **GERRARD COX LARSEN**
   2450 St. Rose Parkway, Suite 200
5  Henderson, NV 89074
   *Attorneys for Defendant, First American Title*
6  *Insurance Company*

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF NEVADA**

9  RA SOUTHEAST LAND COMPANY, LLC,    )   Case No.: 14-cv-01621-APG-NJK
                                      )
10             Plaintiff,             )
                                      )
11  vs.                               )
                                      )
12  FIRST AMERICAN TITLE INSURANCE    )
    COMPANY,                          )
13                                    )
               Defendants.            )
                                      )

              **STIPULATION TO RESPOND TO COMPLAINT**

                        **(First Request)**

Pursuant to Fed. R. Civ. P. 6(b)(1), 7(a)(1) and LR 6-2, Plaintiff and Defendant, through their undersigned counsel, stipulate as follows regarding an extension of time for Defendant to file a response to the Complaint (#1, filed October 1, 2014). Plaintiff and Defendant stipulate that the due date for Defendant's response to the Plaintiff's Complaint be extended to November 4, 2014.

/ / /

/ / /

/ / /

/ / /

1

Defendant has requested and Plaintiff has agreed to the above extension to November 4, 2014, so that Defendant's counsel might obtain and review the files and documents necessary to prepare an appropriate response to the Complaint.

Dated this 17th day of October, 2014.

**GERRARD COX LARSEN**

/s/ Douglas D. Gerrard, Esq.
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Gary C. Milne, Esq.
Nevada Bar No. 3653
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
*Attorneys for Defendant*

Dated this 17th day of October, 2014.

**SKLAR WILLIAMS PLLC**

/s/ Suvinder S. Ahluwalia, Esq.
Suvinder S. Ahluwalia, Esq.
Nevada Bar No. 3944
410 S. Rampart Blvd., Ste. 350
Las Vegas, NV 89145
*Attorneys for Plaintiff*

Dated: October 21, 2014

_____
United States Magistrate Judge
    ###

2