# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RA SOUTHWEST LAND COMPANY, LLC,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>　　　　　Defendant(s). | Case No. 2:14-cv-01621-MMD-NJK<br><br>ORDER DENYING DISCOVERY PLAN |

Pending before the Court is the parties' discovery plan. Docket No. 18. Although not entirely clear, it appears that the parties seek a stay of discovery pending resolution of other, related cases. *See id.* at 2 (discussing possible impact that related cases could have on this case, seeking an additional six months for discovery deadlines, and asserting that extension will be sought if necessary). To the extent a stay of discovery is sought, the parties must provide more detail as to the legal issues involved and how they could be dispositive of this case. *Cf. Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (outlining standards for determining whether to stay discovery pending resolution of a dispositive motion). Accordingly, the parties' discovery plan is DENIED without prejudice. No later than March 2, 2015, the parties shall file either a request to stay discovery or a renewed proposed discovery plan.

　　　　IT IS SO ORDERED.

　　　　DATED: February 23, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge