# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RA SOUTHWEST LAND COMPANY, LLC., <br><br> Plaintiff(s), <br><br> vs. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, <br><br> Defendant(s). | Case No. 2:14-cv-01621-MMD-NJK <br><br> ORDER DENYING STIPULATION TO EXTEND <br><br> (Docket No. 28) |

Pending before the Court is a stipulation to extend various discovery deadlines, filed on September 3, 2015. Docket No. 28. The parties' stipulation fails to comply with Local Rule 26-4. Pursuant to Local Rule 26-4, all requests to extend discovery deadlines must include, *inter alia*, a statement specifying the discovery completed and a specific description of the discovery that remains to be completed, as well as the reasons why the discovery was not completed within the time limits set forth in the scheduling order. The stipulation includes none of these required statements. Accordingly, the stipulation is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: September 4, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge