AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*              DISTRICT OF   NEVADA

RA SOUTHEAST LAND COMPANY, LLC,

      Plaintiff,                JUDGMENT IN A CIVIL CASE

  v.

                                CASE NUMBER: 2:14-cv-01621-MMD-NJK

FIRST AMERICAN TITLE INSURANCE
COMPANY, et al.

      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of First American Title Insurance Company on the claims alleged in Plaintiff RA SOUTHEAST LAND COMPANY, LLC's Complaint in accordance with Order (ECF No. 59).

  September 2, 2016                            **LANCE S. WILSON**
                                                     Clerk

                                             /s/  K. Walker
                                             Deputy Clerk