1  Douglas D. Gerrard, Esq.
   Nevada Bar No. 4613
2  dgerrard@gerrard-cox.com
   Gary C. Milne, Esq.
3  Nevada Bar No. 3653
   gmilne@gerrard-cox.com
4  **GERRARD COX LARSEN**
   2450 St. Rose Pkwy., Suite 200
5  Henderson, NV  89074
   (702) 796-4000
6  Attorneys for Defendant / Counterclaimant,
   FIRST AMERICAN TITLE INSURANCE COMPANY

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10  RA SOUTHEAST LAND COMPANY, LLC,          Case No.: 2:14-cv-01621-MMD-NJK

11                  Plaintiff,

12  vs.

13  FIRST AMERICAN TITLE INSURANCE           **JOINT STATUS REPORT RE:**
    COMPANY,
                                             **NOTICE OF SETTLEMENT AND**
14                                           **REQUEST TO STAY EXISTING**
                    Defendant.               **DEADLINES, PENDING**
15  ───────────────────────────────         **FINALIZATION OF SETTLEMENT**
                                             **DOCUMENTS**
16  FIRST AMERICAN TITLE INSURANCE
    COMPANY,

17                  Counterclaimant,

18  vs.

19  RA SOUTHEAST LAND COMPANY, LLC,

20                  Counterdefendant.

21  ───────────────────────────────

22        Defendant/Counterclaimant, by and through its counsel of record, and Plaintiff/

    Counterdefendant, by and through its counsel of record, hereby submit their Joint Status
23
    Report re: Notice of Settlement and Request to Stay Existing Deadlines, Pending
24
    Finalization of Settlement Documents, whereby the parties request a 60 day stay of all
25
    deadlines to enable the parties to finalize closing documents.
26
    / / /
27
    / / /
28
    / / /

**GERRARD, COX & LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

1

**SKLAR WILLLIAMS PLLC**

By: /s/ Stephen R. Hackett
Stephen R. Hackett, Esq.
410 S. Rampart Boulevard, Ste. 350
Las Vegas, NV 89145

Marc J. Derewetzky
The Derewetzky Law Group
1939 Harrison Street, Suite 711
Oakland, CA  94612

*Attorneys for Plaintiff/Counterdefendant*
*RA Southeast Land Company, LLC*

**GERRARD COX LARSEN**

By: /s/ Douglas D. Gerrard
Douglas D. Gerrard, Esq.
Gary C. Milne, Esq.
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendant/Counterclaimant*
*First American Title Insurance Co.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  October 5, 2016
_____

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000